1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIANGANG CHEN, et al.,

      Plaintiffs,                       No. CIV S-07-0093 GEB EFB PS

      vs.

MICHAEL CHERTOFF, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Defendants' motion to dismiss is presently calendared for hearing on May 2, 2007. Plaintiffs have filed a request to continue the hearing to May 9, 2007, due to scheduling conflicts. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the motion to dismiss is submitted on the briefs without oral argument. *See* E.D. Cal. L.R. 78-230(h).

      Accordingly, IT IS ORDERED that:

      1. The May 2, 2007 hearing on the amended motion to dismiss, filed on March 27, 2007, is vacated; and,

////

////

1

1  2. The motion is submitted on the record, and plaintiffs' request to continue the hearing
2  is therefore moot.
3  DATED: April 12, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE