IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIANGANG CHEN, LING ZHAO,

     Plaintiffs,                   2:07-cv-0093-GEB-EFB-PS

     vs.

MICHAEL CHERTOFF, et al.,

     Defendants.              ORDER

_____/

        On August 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs filed objections on August 28, 2007, citing another Eastern District case involving facts similar to those in this case, Xin Liu v. Chertoff, 2:06-cv-2808 RRB EFB, wherein District Judge Ralph R. Beistline denied defendants' motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. The court has considered plaintiffs' objections.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made,

1

the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed plaintiffs' objections and supplemental authorities, the court agrees with the reasoning set forth in the magistrate judge's findings and recommendations, and accordingly, with the reasoning and conclusions of another Eastern District case cited therein, Jiuru Hu v. Chertoff, No. 2:06-cv-2805 WBS EFB.

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

      1. The proposed Findings and Recommendations filed August 20, 2007, are ADOPTED;

      2. Defendants' motion to dismiss is granted; and,

      3. The Clerk is directed to close the case.

Dated: September 6, 2007

GARLAND E. BURRELL, JR.
United States District Judge